# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129114(25)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MICHAEL ANTHONY CARROLL,
    Defendant-Appellant.

SC: 129114
COA: 259113
Genesee CC: 82-031970-FY

_____/

On order of the Court, the motion for reconsideration of this Court's order of April 5, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk

d0619